# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE PEREZ, ET AL.,<br>　　Plaintiffs,<br>v.<br>FIRST FLEET, INC., ET AL.,<br>　　Defendants. | Case No.: 2:19-cv-00755-KJD-DJA<br><br>**Order** |

Pending before the Court is Defendant's Motion to Compel Discovery (ECF No. 25) filed on October 24, 2019 and Defendant's Motion to Extend the Current Discovery Deadlines (ECF No. 35) filed on November 8, 2019. To date, no response has been received from Plaintiffs.

Plaintiffs' failure to file points and authorities in response to either motion "constitutes a consent to the granting of the motion." LR 7-2(d). Moreover, the Court finds good cause to grant the extension of the discovery for 60 days to permit Defendant to continue its efforts to obtain the requested discovery. Likewise, the Court finds that Plaintiffs' failure to respond to Defendant's outstanding written discovery requests warrants an order to compel. Plaintiffs shall provide responses to Defendant's outstanding written discovery within 30 days of the Court order, without objections.

However, the Court denies without prejudice Defendant's request for attorneys' fees and costs incurred in bringing the Motion to Compel (ECF No. 25). The Court finds that an award of fees may be unjust given the Court's granting of the withdrawal of counsel for Plaintiffs Connie Perez and Ramiro Lopez. Although, the Court notes that it ordered Plaintiffs Ramiro Lopez and Miguel Pedroza notify the Court by November 22, 2019 as to their intent to proceed *pro se* or with

other representation.  No such notice has been received.  Accordingly, they shall file such notice within 30 days of this Order.  Failure to do so may result in dispositive sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Discovery (ECF No. 25) is **granted**.

**IT IS FURTHER ORDERED** Defendant's Motion to Extend the Current Discovery Deadlines (ECF No. 35) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs Ramiro Lopez and Miguel Pedroza shall notify the Court as to whether they intend to proceed *pro se* or retain counsel by **December 26, 2019**.  Failure to notify the Court as to their representation status may subject them to dispositive sanctions, including a recommendation for dismissal of this action.

Dated: November 25, 2019.

_____
**Daniel J. Albregts**
**United States Magistrate Judge**